Stanley K. **MANN**, Plaintiff–Cross Appellant,

v.

**UNITED STATES**, Defendant–Appellant.

Nos. 2009–5102, 2009–5103.

United States Court of Appeals, Federal Circuit.

July 29, 2009.

Steven J. Lechner, Mountain States Legal Foundation, Lakewood, CO, for Plaintiff–Cross Appellant.

Donald E. Kinner, Washington, DC, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).